Linda Wong, Esq.
WONG FLEMING, P.C.
821 Alexander Road, Suite 200
Princeton, New Jersey 08543
(609) 951-9520
lwong@wongfleming.com
*Attorneys for Defendant The Trustees of Princeton University, a not-for-profit educational corp. of the State of New Jersey (incorrectly referenced in the Complaint as "Princeton University")*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(Trenton)

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PRINCETON UNIVERSITY,<br><br>　　　　　　Defendant. | Civil Action No. 3:22-cv-05887 ZNQ-DEA<br><br>**CONSENT ORDER FOR *PRO HAC VICE* ADMISSION OF LAUREL PYKE MALSON AND AMANDA SHAFER BERMAN** |

This matter having come before the Court on the application for Consent Order for Admission *Pro Hac Vice* of Laurel Pyke Malson and Amanda Shafer Berman, and the Court having reviewed the moving papers and being otherwise sufficiently advised, for good cause shown, it is:

**ORDERED** that Laurel Pyke Malson and Amanda Shafer Berman be permitted to appear *pro hac vice*; provided that pursuant to D.N.J.L. Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify Laurel Pyke Malson and Amanda

Shafer Berman of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders; and it is further

**ORDERED** that Laurel Malson and Amanda Shafer Berman shall pay the fee required for 2021 by D.N.J.L. Civ. R. 101.1(c)(3) for *pro hac vice* admission to the District Court for the District of New Jersey within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey, at the following address:

> United States District Court
> District of New Jersey
> Clarkson S. Fisher Building &
> U.S. Courthouse
> 402 East State Street
> Trenton, NJ  08608
> Attention:  *Pro Hac Vice* Admissions

and it is further

**ORDERED** that Laurel Pyke Malson and Amanda Shafer Berman shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee in 2022 that has not been paid and for any year after 2022 in which the out-of-state attorneys continue to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J.L. Civ. R. 101.1, and it is further

**ORDERED** that Applicants shall be bound by the Local Rules of the United States District Court for the District of New Jersey; and it is further

**ORDERED** that the Clerk shall forward a copy of the Order to the Treasurer of New Jersey Lawyer's Fund for Client Protection within five (5) days of its date of entry.

_____
Douglas E. Arpert
United States Magistrate Judge