

519 8TH AVENUE, 25TH FLOOR
NEW YORK, NY 10018
866.WLG.ROUP • warren.law

**VIA ECF**

The Honorable Zahid N. Quraishi, U.S.D.J.
U.S. District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Trenton, NJ 08608

**RE: John Doe v. Princeton University, No. 3:22-cv-05887-ZNQ-DEA**

Dear Judge Quraishi,

I write to confirm that the plaintiff, John Doe, wishes to dispense with the pre-motion conference related to Princeton's upcoming motion to dismiss, as stated in the letter that counsel for Princeton filed on December 8, 2022.  *See* ECF No. 17 at 1 (representing that both parties "respectfully request that the Court dispense with a pre-motion conference so that Princeton may file its motion on December 19th"). John Doe agrees that the speedy resolution of this case is best served by allowing the briefing to proceed without further delay.

John Doe not surprisingly disputes the legal arguments Princeton summarized in its letter, and he will fully respond to them in his opposition briefing.  In the meantime he respectfully requests that the Court re-impose Princeton's Monday deadline (Dec. 19) for responding to the Complaint, to allow this matter to be resolved as soon as possible.  Counsel for Mr. Doe have notified counsel for Princeton that Mr. Doe will be filing this letter and requesting that the December 19th deadline be re-imposed.

    Sincerely,

    */s/Jon-Jorge Aras*