IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE,<br>Address Withheld,<br><br>    Plaintiff,<br><br>    v.<br><br>PRINCETON UNIVERSITY,<br>Princeton, NJ 08544<br><br>    Defendant. | Civil Action No. 3:22-cv-05887 |

**ORDER**

Upon consideration of John Doe's Unopposed Motion to Seal, and for good cause shown, it is, this 28th day of April, 2023, hereby

ORDERED that John Doe's Unopposed Motion to Seal is **GRANTED.** It is further

ORDERED that the Clerk's Office shall permanently seal ECF Nos. 1 and 2 in this matter.*

                 _____
                 Hon. Douglas E. Arpert
                 United States Magistrate Judge

*Publicly-available, complete versions of these documents are available at ECF Nos. 4 and 5.

--terminates ECF No. 6