UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>PRINCETON UNIVERSITY,<br><br>　　　Defendant. | Civil Action No. 22-5887 (RK) (DEA)<br><br>**ORDER** |

**THIS MATTER** comes before the Court upon the Motion to Dismiss filed by Defendant Princeton University, (ECF No. 24), seeking dismissal pursuant to Federal Rule of Civil Procedure 12(b)(6) of Plaintiff John Doe's Complaint. ("Compl.", ECF No. 1.) After careful consideration of the parties' submissions, and for the reasons set forth in the accompanying Opinion, and for other good cause shown,

**IT IS** on this 19th day of December, 2023,

1. **ORDERED** that Defendant's Motion to Dismiss is **DENIED** as to Count Two; and it is further

2. **ORDERED** that Defendant's Motion is **GRANTED** as to Counts One, Three and Four; and it is further,

3. **ORDERED** that Plaintiff's claims in Counts One, Three, and Four are **DISMISSED** without prejudice; and it is further

4. **ORDERED** that the Clerk of Court is directed to terminate the motion pending at ECF No. 24; and it is further

5. **ORDERED** that Plaintiff may file an amended pleading that cures the deficiencies identified in this Opinion within thirty (30) days of the date of this Order. Failure to file an Amended Complaint within thirty (30) days will result in dismissal of Counts One, Three, and Four with prejudice.

_____
**ROBERT KIRSCH**
**UNITED STATES DISTRICT JUDGE**