

**WARREN LAW GROUP**

519 8TH AVENUE, 25TH FLOOR
NEW YORK, NY 10018
866.928.7687 • warren.law

December 20, 2023

**VIA ECF**
The Honorable Robert Kirsch
U.S. District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re: **John Doe v. Princeton University, 3:22-cv-05887-RK-DEA**

Dear Judge Kirsch:

    John Doe respectfully moves for a two-week extension of time to file any motion for reconsideration of the Court's December 19, 2023 order, which granted in part and denied in part Princeton University's motion to dismiss. *See* ECF Nos. 39-40.

    Under Local Civil Rule 7.1(i), motions for reconsideration "shall be served and filed within 14 days after the entry of the order or judgment on the original motion by the Judge." A motion for reconsideration of the Court's December 19, 2023 order would therefore be due on or before January 2, 2024. Most of Mr. Doe's window for filing that motion would occur over the holidays, and both of the counsel for Mr. Doe who would draft that motion will be traveling out of state for much of that period as well. Mr. Doe therefore respectfully requests that his deadline for filing any motion for reconsideration of the December 19 order be extended to January 16, 2024.

    Princeton University does not oppose the relief requested in this motion. Accordingly, Mr. Doe respectfully asks that this motion for an extension of time to January 16 be granted.

Respectfully submitted,

KAISERDILLON PLLC

*/s/ Justin Dillon*
Justin Dillon (pro hac vice)
Christopher C. Muha (pro hac vice)
1099 14th St. N.W. - 8th Floor West
Washington, D.C. 20005
Phone: (202) 640-2850
Fax: (202) 280-1034
jdillon@kaiserdillon.com
cmuha@kaiserdillon.com

**SO ORDERED**

Robert Kirsch, U.S.D.J.
Date: 12/22/23



519 8TH AVENUE, 25TH FLOOR
NEW YORK, NY 10018
866.928.7687 • warren.law

WARREN LAW GROUP

By: */s/ Jon-Jorge Aras*
Jon-Jorge Aras, Esq.
jj@warren.law
519 8th Avenue, 25th Floor
New York, NY 10018
212-390-1641

*Counsel for Plaintiff John Doe*