

519 8TH AVENUE, 25TH FLOOR
NEW YORK, NY 10018
866.928.7687 • sh-law.com

**JON-JORGE ARAS**| Partner
jjaras@sh-law.com
Phone: 212-390-1641

To the Clerk of the Court:

I write to inform you that the attorneys appearing in this matter *pro hac vice* on behalf of John Doe have changed firms and thus have new contact information and email addresses. They now practice at:

Dillon PLLC
1717 K Street NW
Suite 900
Washington, DC 20006
(202) 787-5858

Their new email addresses are as follows:

Justin Dillon:  jdillon@dillonpllc.com
Christopher Muha:  cmuha@dillonpllc.com
Kimberly Blasey:  kblasey@dillonpllc.com

If you would update this information at your convenience, I would greatly appreciate it.

                                  Sincerely,

                                  */s/ Jon-Jorge Aras*
                                  Jon-Jorge Aras