

**LINDA WONG**
Member of NJ, PA, NY, VA, GA & DC Bars

lwong@wongfleming.com

July 11, 2024

<u>**VIA ECF**</u>
Honorable Justin T. Quinn, U.S.M.J.
U.S. District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:    **<u>John Doe v. Princeton University,</u>**
                   **Civil Case No. 3:22-cv-05887 (RK)(JTQ)**

Dear Judge Quinn:

      This law firm, along with Crowell & Moring, LLP, represents Defendant, the Trustees of Princeton University, in the above-referenced matter. We write to respectfully request the Court's permission to have Laurel Malson, admitted *pro hac vice* (Dkt. No. 13) removed from the Court's docket and electronic mailing distribution list. Wong Fleming together with the other Crowell & Moring LLP attorneys who been admitted *pro hac vice* and otherwise appeared in this matter will remain as counsel on behalf of Defendant.

      We would be most appreciative if Your Honor would approve of her withdrawal by having this letter memo endorsed so that the clerk may modify and update the Court's records accordingly.

      Thank you for Your Honor's consideration in this regard.

                              Respectfully,

                              WONG FLEMING

                              */s/ Linda Wong*
                              Linda Wong

LW/ss

SO ORDERED:

_____
Honorable Justin T. Quinn, U.S.M.J.

821 ALEXANDER ROAD, SUITE 200 ◆ P.O. BOX 3663 ◆ PRINCETON, NJ 08543-3663
TEL: (609) 951-9520 ◆ FAX: (609) 951-0270
**WWW.WONGFLEMING.COM**

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ ILLINOIS ◆ INDIANA ◆ MICHIGAN
NEW JERSEY ◆ NEW YORK ◆ PENNSYLVANIA ◆ TENNESSEE ◆ TEXAS ◆ WASHINGTON
ATTORNEYS ADMITTED SOLELY IN THE JURISDICTION WHERE LISTED OFFICE IS LOCATED, UNLESS OTHERWISE NOTED