UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JOHN DOE,

    Plaintiff,

    v.

PRINCETON UNIVERSITY,

    Defendant.

Civil Action No. 22-5887 (RK) (DEA)

**ORDER**

**THIS MATTER** comes before the Court upon Plaintiff John Doe's ("Doe" or "Plaintiff") Motion for Partial Reconsideration, (ECF No. 45), seeking reconsideration of the Court's December 19, 2023 Opinion and Order, (ECF Nos. 39, 40) dismissing Plaintiff's Title IX claim without prejudice. After careful consideration of the parties' submissions, and for the reasons set forth in the accompanying Opinion, and for other good cause shown,

**IT IS** on this 29th day of July, 2024,

1. **ORDERED** that Plaintiff's Motion is **DENIED**; and it is further

2. **ORDERED** that the Clerk of Court is directed to terminate the motion pending at ECF No. 45.

                                                                                       _____

                                                                                    **ROBERT KIRSCH**
                                                                                    UNITED STATES DISTRICT JUDGE