# EXHIBIT C

Page 1

1                UNITED STATES DISTRICT COURT

                FOR THE DISTRICT OF NEW JERSEY

2

                Civil Action No. 22-5887 (RK)(JTQ)

3

       JOHN DOE,

4

            Plaintiff,              REMOTE VIDEOTAPED

5                                    DEPOSITION OF:

            vs.                      ROCHELLE CALHOUN

6

       PRINCETON UNIVERSITY,

7

            Defendants.

8    _____

9        TRANSCRIPT of the stenographic notes of the

10   proceedings in the above-entitled matter, as

11   taken by and before RITA GARDNER, a Notary

12   Public and Certified Court Reporter of the State

13   of New Jersey, held REMOTELY VIA ZOOM, on

14   Wednesday, October 23, 2024, commencing at 9:33

15   a.m.

16

17

18

19

20

21

22

23

24

25

```
                                                      Page 2

 1        A P P E A R A N C E S :
 2            DILLON PLLC (DC)
              By:  CHRISTOPHER C. MUHA, ESQUIRE
 3            And  KIMBERLY BLASEY, ESQUIRE
              1717 K Street NW Ste 900
 4            Washington, DC 20006
              Cmuha@dillonpllc.com
 5            Kblasey@dillonpllc.com
              JDillon@dillonpllc.com
 6            (202) 787-5871
              Attorneys for the Plaintiff
 7
              CROWELL & MORING LLP
 8            By:  AMANDA BERMAN, ESQUIRE
              And  DERICK DAILEY, ESQUIRE
 9            1001 Pennsylvania Ave NW
              Washington, DC 20004
10            Aberman@crowell.com
              Ddailey@crowell.com
11            (202) 624-2500
              Attorneys for Defendant Princeton University
12
13        A L S O   P R E S E N T:
14            VERITEXT LEGAL SOLUTIONS
              By:  THEA POPKO, VIDEOGRAPHER
15
16
17
18
19
20
21
22
23
24
25
```

ROCHELLE CALHOUN

Page 49

1          Q.     Okay.  In your experience, like do

2     you ever recall a 48-month probation sentence for

3     somebody who was found responsible for what John

4     Doe was found responsible for here at the end of

5     the process?

6          A.     I -- I can't recall cases -- with

7     that kind of precision, you know.

8          Q.     Okay.  Did that finding -- I guess

9     this is jumping ahead, but since we are talking

10    about sanctioning, was that a surprise to you

11    that -- you know, that the finding against him

12    was that he -- Jane Roe said no ten or more times

13    while he non-consensually kissed her, took her

14    clothes off while she continue to say no, and

15    fondled her breast while she continued to say no;

16    was that surprising to you that he was only given

17    probation for that offense?

18               MS. BERMAN:  Objection.  Form.

19          A.     For -- for the things that you have

20    listed that he only got -- this is on the appeal,

21    right, because prior to that it was different,

22    right?

23    BY MR. MUHA:

24          Q.     Correct.

25          A.     So -- so was it surprising that he

ROCHELLE CALHOUN

Page 50

1     only got 48 months of probation for that

2     behavior?  I don't recall being surprised.

3            Q.    Okay.  He also -- I guess I am

4     wondering, do your recall any other cases that

5     you've dealt with where the allegations involved

6     someone saying no ten or more times during the

7     non-consensual activity?

8            A.    And being found responsible for

9     that?

10           Q.    Yes.

11           A.    Right.  And getting -- what you are

12    asking me, if I am understanding, is if I recall

13    another case where a similar fact pattern

14    happened, where the individual got just 48 months

15    of probation; am I understanding?

16           Q.    Yes.

17           A.    I am not recalling another case, no.

18           Q.    Do you recall any cases at all,

19    regardless of the actual sanction, where somebody

20    said no, you know, the finding was that the

21    Complainant said no ten or more times during the

22    non-consensual activity, do you remember any sort

23    of factually similar cases to that?

24           A.    I -- I am sure that I've had cases

25    where the Complainant has testified or given

ROCHELLE CALHOUN

Page 52

1    took off her clothes while me continued to say

2    no, touched her breasts while she continued to

3    say no.  So given all of that, just sitting here

4    today, like, does that strike you as something

5    that should get -- like is it surprising to you

6    that he only got probation?

7                    MS. BERMAN:  Objection.  Form.  Lack

8    of foundation.

9           A.     He -- up to the taking off clothes,

10   and, you know -- unwanted touching and that is

11   kissing, it is not surprising.  And -- and if the

12   -- if the Hearing Panel believed that the

13   Complainant was continuing to say no as the

14   individual was taking off her clothes, I think

15   that is more serious.

16   BY MR. MUHA:

17          Q.     Yeah.  And so is it surprising that

18   he was only given probation?

19                    MS. BERMAN:  Objection.  Form.

20   BY MR. MUHA:

21          Q.     Is it surprising to you just sitting

22   here today?

23          A.     One would -- I would think that

24   there could have been more serious -- and in

25   fact, the original sanction was more serious.