

January 27, 2025

**VIA ECF**
The Honorable Justin T. Quinn
U.S. Magistrate Judge
U.S. District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

       **Re: John Doe v. Princeton University, et al., Civil Case No. 3:22-cv-05887-RK-JTQ,
       Request to Adjourn Oral Argument Due To Counsel's Illness**

Dear Judge Quinn,

    Along with Dillon PLLC, I represent the plaintiff, John Doe, in this matter. I write to respectfully request a continuance of Tuesday's motion hearing in light of the recent illness of plaintiff's counsel Christopher C. Muha, who will be arguing the motion. Mr. Muha has recently been diagnosed with the flu. As of the filing of this request, he remains very symptomatic. Mr. Muha resides in the Metro DC area, and it is unlikely he will recover before tomorrow in order to travel to New Jersey for Tuesday's hearing. John Doe therefore respectfully requests that Tuesday's hearing be continued to another date suitable to the Court. Counsel for Princeton consents to the requested adjournment.

    Counsel for Princeton has indicated that they are not available on February 5th or February 7th because they are scheduled to be in depositions those dates, but are otherwise available other dates within the next two weeks.

    Both attorneys who are appearing as local counsel for Plaintiff are beginning a significant criminal healthcare fraud trial before the Honorable Michael E. Farbiarz in Newark commencing on February 3rd. Judge Farbiarz has advised that the parties will not be sitting for trial on February 11th or February 12th, and thus local counsel could be available on either of those dates.[1] In the alternative, the undersigned respectfully requests that the attorneys with Dillon

---

[1] Trial is currently scheduled to go through the month of February. In addition to the above, the Court has told the parties that we are not sitting on February 17th, February 25th, and February 26th.

PLLC be granted leave to attend this particular oral argument without local counsel given the trial conflict.

          Respectfully submitted,

          FORD O'BRIEN LANDY LLP

          *s/ Jamie Hoxie Solano*
          Jamie H. Solano

          DILLON PLLC

          Justin Dillon
          Chris Muha

          *Counsel for John Doe*