UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**  **DATE: February 11, 2024**
**MAGISTRATE JUDGE JUSTIN T. QUINN**
**COURT REPORTER: Digitally recorded**

**TITLE OF CASE:**  **CIVIL 22-5887(RK)**

JOHN DOE
V.
PRINCETON UNIVERSITY

**APPEARANCES:**
Christopher Muha, Esq., and Bryan McCracken, Esq., on behalf of plaintiff
Linda Wong, Esq., Amanda Berman, Esq., and Eli Berns-Zieve, Esq., on behalf of defendant

**NATURE OF PROCEEDINGS:**

Oral argument held re: [76] motion to quash, and [79] for alternative service.
Ordered motions taken under advisement.

**TIME COMMENCED: 11:30am**
**TIME ADJOURNED:   1:30pm**
**TOTAL TIME:   2 hours**

                                                                s/Elizabeth Beres
                                                                **Deputy Clerk**