

June 24, 2025

<u>VIA ECF</u>
The Honorable Justin T. Quinn
U.S. Magistrate Judge
U.S. District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:    **John Doe v. Princeton University, Case No. 3:22-cv-5887-RK-JTQ, <u>Notice of Jane Roe's Deposition Scheduled for July 1, 2025 at 1:30 p.m.</u>**

Dear Judge Quinn,

    Plaintiff, John Doe, through the undersigned counsel, consistent with the Court's June 5, 2025 Order, respectfully provides Your Honor with notice that the parties have scheduled Jane Roe's deposition to take place via Zoom on July 1, 2025 starting at 1:30 p.m.

                              Respectfully submitted,

                              */s/ Jamie Hoxie Solano*
                              Jamie Hoxie Solano