

July 14, 2025

<u>**VIA ECF**</u>
The Honorable Justin T. Quinn
U.S. Magistrate Judge
U.S. District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re: <u>John Doe v. Princeton University, Case No. 3:22-cv-5887-RK-JTQ, Proposed Briefing Schedule for Summary Judgment Motions</u>

Dear Judge Quinn:

On behalf of Plaintiff, John Doe, and consistent with Paragraphs 12 and 13 of Your Honor's July 31, 2024 Pretrial Scheduling Order, we respectfully request that the Court grant leave for both parties to file summary judgment motions. We have conferred with counsel for the defense. Both parties wish to file summary judgment motions. After much compromise, the parties have agreed upon the following proposed briefing schedule for said motions:[1]

- Opening briefs due no later than Monday, September 15, 2025
- Opposition briefs due no later than Friday, October 24, 2025
- Reply briefs due no later than Monday, November 10, 2025

Accordingly, Plaintiff respectfully requests that the Court grant both parties leave to file motions for summary judgment with the above briefing schedule.

Respectfully submitted,

*/s/ Jamie Hoxie Solano*
Jamie Hoxie Solano

*Counsel to Plaintiff John Doe*

---

[1] In the last email from defense counsel to the undersigned, the defense indicated that while they agree to this proposed briefing schedule, they also wish to propose an alternative briefing schedule where Defendant does not have to file its opening brief until after seeing Plaintiff's summary judgment motion (and will have several additional weeks to prepare its opening brief), Plaintiff will be required to file a joint reply and opposition brief in one document, and then Defendant will have the final word with a stand-alone reply brief. Plaintiff objects to that briefing schedule and asks that the Court order the above, agreed-upon schedule that is already the product of compromise to accommodate the Defendant's wish for a more elongated briefing schedule than desired by Plaintiff.