

A Massachusetts Limited Liability Partnership

*Jamie Hoxie Solano, Esq.*

**September 4, 2025**

<u>**VIA ECF**</u>
The Honorable Justin T. Quinn
U.S. Magistrate Judge
U.S. District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:   <u>**John Doe v. Princeton University, Case No. 3:22-cv-5887-RK-JTQ,
Letter Requesting Status Conference**</u>

Dear Judge Quinn,

    Plaintiff, John Doe, through the undersigned, respectfully requests that the Court convene a status conference to address the deadlines for appropriate next steps in this litigation. The undersigned attempted to confer with defense counsel, who stated that Princeton takes no position on the requested status conference "but reserves its right to respond."

    By way of background, Plaintiff commenced this case in 2022. The claim at issue is a breach of contract claim for Princeton's actions and conclusions surrounding a disciplinary hearing. On July 31, 2024, this Court ordered a Pretrial Scheduling Order, which included discovery deadlines but left open a deadline for dispositive motions. ECF No. 63. Discovery is complete, and the parties remain at an impasse on resolving this case without the need for a trial. The Court's Pretrial Scheduling Order requires the parties to obtain the Court's permission before filing dispositive motions. Starting on July 2, 2025, Plaintiff's counsel attempted to secure an agreed-upon proposed briefing schedule for the Court to entertain summary judgment motions. Plaintiff filed a letter application to file dispositive motions on July 14, 2025, which remains pending. ECF No. 106.

    Plaintiff eagerly (but ever respectfully) seeks to move his case forward, as Princeton's breach of contract continues to have negative ramifications on his professional career trajectory.

    Accordingly, Plaintiff requests a status conference to ascertain: (1) whether the Court will permit the parties to file motions for summary judgment, which both parties wish to file; (2) if so, an appropriate briefing schedule that will permit both parties sufficient time to prepare such motions while accounting for each other's schedules; and (3) if the Court deems appropriate, a date for a final pretrial conference.

    In the event the Court is inclined to set a briefing schedule for summary judgment motions without holding a status conference, Plaintiff respectfully requests that the Court set the date for motions to be filed on a date not sooner than four weeks from the date of

**Boston       Miami       New York       New Jersey**

The Honorable Justin T. Quinn
September 4, 2025
Page 2 of 2

the Court's order granting leave to file, so counsel has sufficient time to prepare said motions while balancing demands in other matters.

    Respectfully submitted,

    **DYNAMIS LLP**

    By: *s/ Jamie Hoxie Solano*
    Jamie Hoxie Solano, Esq.
    NJ Bar No. 426422024
    200 Connell Drive
    Berkeley Heights, NJ 07922
    973-295-5495
    JSolano@dynamisllp.com

    **DILLON PLLC**

    Justin Dillon, Esq.
    Chris Muha, Esq.
    Kimberly Blasey, Esq.
    1717 K Street NW, Suite 900
    Washington, DC 20006
    202-787-5872
    jdillon@dillonpllc.com
    cmuha@dillonpllc.com
    kblasey@dillonpllc.com

    *Attorneys for Plaintiff John Doe*