

LINDA WONG
Member of NJ, PA, NY, VA, GA and DC Bars

lwong@wongfleming.com

September 15, 2025

**VIA ECF**
Honorable Justin T. Quinn, U.S.M.J.
U.S. District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:   *Doe v. Princeton University*, Civil Case No. 3:22-cv-05887-RK-JTQ

Dear Judge Quinn,

This law firm, along with Crowell & Moring LLP, represents Defendant The Trustees of Princeton University ("Princeton" or the "University")[1] in the above-captioned case. We respectfully submit this letter on behalf of the Parties, with Plaintiff's consent.

The parties jointly move for a modest extension of the briefing schedule set by this Court last Friday, September 12, to allow sufficient time for them to complete their summary judgment briefs and supporting papers and accommodate planned travel and other preexisting commitments. Specifically, the parties ask—on an emergency basis given the current September 22 deadline for opening briefs—that the Court extend the deadline for those opening submissions by 14 days, to and including October 6, 2025. The parties propose to reset the deadlines for their response and reply briefs to November 7 and November 25, 2025, respectively. That would extend the full briefing schedule by only 8 days, and briefing would still close before

---

[1] John Doe's Complaint is against "Princeton University." The proper party for actions involving the University, however, is "The Trustees of Princeton University."

400 ALEXANDER PARK DRIVE, SUITE 201 ⬥ P.O. BOX 3663 ⬥ PRINCETON, NJ 08543-3663
TEL: (609) 951-9520 ⬥ FAX: (609) 951-0270
WWW.WONGFLEMING.COM

CALIFORNIA ⬥ DISTRICT OF COLUMBIA ⬥ FLORIDA ⬥ GEORGIA ⬥ ILLINOIS ⬥ INDIANA
MICHIGAN ⬥ NEW JERSEY ⬥ NEW YORK ⬥ PENNSYLVANIA ⬥ TEXAS ⬥ WASHINGTON
ATTORNEYS ADMITTED SOLELY IN THE JURISDICTION WHERE LISTED OFFICE IS LOCATED, UNLESS OTHERWISE NOTED



Thanksgiving. The extension request, if granted, would not impact other scheduled dates or deadlines.

There is good cause for this requested extension of the summary judgment schedule:

1. Under the schedule entered last Friday afternoon, opening summary judgment briefs must be filed by September 22, 2025; oppositions are due October 31, 2025; and replies are due November 17, 2025. That schedule gave the parties only 10 days to complete summary judgment motions as well as supporting Statements of Material Facts, as well as to compile all cited exhibits—of which they anticipate there will be many, given that there was extensive fact discovery in this case, including a dozen depositions.[2]

2. Under this Court's rules and the Pretrial Scheduling Order for this case, the parties must request and be granted leave to file any summary judgment briefs. The parties accordingly submitted letters to the Court in July requesting leave to file for summary judgment, but proposing different briefing formats and schedules. *See* ECF 106, 107. They thus did not know whether and how briefing would proceed. Plaintiff's counsel accordingly asked, in a September 4 letter requesting a status conference to address the briefing proposals, that the Court give the parties at least four weeks from any scheduling order to submit their opening briefs. ECF 109.

---

[2] Defendant further notes that, as of last Friday, it had not received the transcript for the deposition of Jane Roe, which occurred in early July. This appears to have been an oversight on the part of the reporting service. Plaintiff's counsel informed Defendant's counsel over this past weekend that he received the transcript and shared copies. But Ms. Roe has not yet had the chance to review, identify any errors, and sign (which right she reserved at the deposition), nor have Defendant's counsel had the opportunity to review the transcript.

3. Additional time to file the opening briefs is also needed in light of both sets of counsels' work and travel schedules, which would make filing opening summary judgment briefs by next Monday, September 22, very difficult.

a. Counsel for Mr. Doe with primary responsibility for drafting the motion must travel to Ohio from September 18-21 for a family event that cannot be rescheduled. His family's charitable foundation, established in honor of his late brother, is having its annual fundraising banquet and auction on September 20, and counsel is emceeing the event.

b. Counsel for Defendant with primary drafting responsibility also has planned travel for a client meeting and event later this week, September 18-19.

c. Both parties have other near-term deadlines and commitments that also require their attention. For example, lead counsel for Defendants has a Ninth Circuit supplemental brief, a reconsideration motion for which she is primarily responsible, and an oral argument before the Federal Circuit, all due or occurring in late September or early October. And both of Plaintiff's lead counsel have work-related travel on September 25-26.

For all these reasons, the parties jointly request that the Court extend the briefing schedule recently entered and reset the summary judgment deadlines to <u>October 6</u> for their opening briefs; <u>November 7</u> for their response briefs; and <u>November 25</u> for their reply briefs

. Thank you for Your Honor's consideration in this regard.

Respectfully submitted,

**For Defendant:**                              WONG FLEMING, P.C.

 /s/ Linda Wong
Linda Wong
400 Alexander Park Drive, Suite 201
Princeton, NJ 08540
lwong@wongfleming.com

3



|  | CROWELL & MORING LLP |
|---|---|
|  | */s/* Amanda Shafer Berman |
|  | Amanda Shafer Berman (*pro hac vice*) |
|  | Eli Berns-Zieve (*pro hac vice*) |
|  | 1001 Pennsylvania Ave., N.W. |
|  | Washington, D.C. 20004 |
|  | aberman@crowell.com |
|  | eberns-zieve@crowell.com |
| **For Plaintiff:** | DYNAMIS LLP |
|  | */s/* Jamie Hoxie Solano |
|  | Jamie Hoxie Solano |
|  | NJ Bar No. 426422024 |
|  | 200 Connell Drive |
|  | Berkeley Heights, NJ 07922 |
|  | 973-295-5495 |
|  | JSolano@dynamisllp.com |
|  | DILLON PLLC |
|  | */s/* Justin Dillon |
|  | Justin Dillon (*pro hac vice*) |
|  | Christopher C. Muha (*pro hac vice*) |
|  | Kimberly Blasey (*pro hac vice*) |
|  | 1717 K Street NW, Suite 900 |
|  | Washington, D.C. 20005 |
|  | jdillon@dillonpllc.com |
|  | cmuha@dillonpllc.com |
|  | kblasey@dillonpllc.com |

Date:   September 15, 2025