# EXHIBIT 33



# Penalties



For violations of University-wide rules of conduct, members of the community are subject to several kinds of penalties. Additional information regarding penalties is available in **section 1.1.7 of Rights, Rules, Responsibilities (https://rrr.princeton.edu/university-wide-regulations/11-university-principles-general-conduct-and-regulations)**. In addition, the following Frequently Asked Questions ("FAQs") provide information regarding penalties that can be issued to undergraduate students by the University's adjudicative bodies.

## Penalty FAQs

1. I have been issued a Dean's Warning. What does that mean?

2. I have been issued a Reprimand. What does that mean?

3. I have been issued Disciplinary Probation. What does that mean?

Disciplinary probation is a more serious admonition assigned for a definite amount of time. It implies that any future violation, of whatever kind, especially but not exclusively during the specified probationary time, may be grounds for Suspension (Not Served), Suspension, Withheld Degree, or, in especially serious cases, Expulsion. Disciplinary Probation will be taken into account in judging the seriousness of any subsequent infraction even if the probationary period has expired.

Disciplinary Probation appears on your permanent record at the University (but not on the transcript) and may be disclosed by the Office of the Dean of Undergraduate Students in response to requests for which you have given permission or as otherwise legally required.

When you are on disciplinary probation, your status as an enrolled student is not affected and you continue to take classes and participate in co-curricular activities. Generally, you are not disqualified from participating in any programs or activities or holding leadership positions in student organizations. However, a Varsity Athletics team may impose their own restrictions on a student for a disciplinary violation. In addition, Disciplinary Probation may be considered in the awarding of University prizes or the appointment of certain University leadership positions. On occasion, in cases involving interpersonal misconduct, restrictions on a student's activities may be imposed.

4. I have been issued a Suspension (Not Served). What does that mean?

5. I have been Suspended. What does that mean?

6. What does it mean to have an infraction on my "permanent record"?

Having an infraction on your permanent record means that the University maintains a record of your disciplinary infraction. If you are found responsible for a subsequent violation, it will likely result in a more severe penalty, especially if you are serving a term of Disciplinary Probation when you commit the subsequent infraction.

7. Is there a difference between what is included in my "permanent record" and what information the University will provide to a third party (such as a graduate or professional school or a government employer) when requested to do so by the student?

Yes, if you authorize the University to release your disciplinary record to that third party, the University will provide to that third party information relating to Suspension (Not Served), Suspension, Withheld Degree, and Expulsion. The University normally will not provide information to a third party regarding infractions resulting in Disciplinary Probation or an informal admonition such as a Dean's Warning or a Reprimand. However, if you are placed on Disciplinary Probation for a first infraction and have a subsequent violation resulting in Suspension (Not Served), Suspension, Withheld Degree, or Expulsion (due in part to the fact that you were on probation), the information provided regarding the sanction may reference that you were suspended or separated in part because you were previously on Disciplinary Probation.

8. I am applying to graduate or professional school, and I need someone to fill out a "dean's certification" form. Whom do I contact?

9. If I am asked by a graduate or professional school or prospective employer whether I was ever found responsible for a disciplinary infraction or whether I ever received any disciplinary penalty, how should I answer that question if the only penalty I received was a Dean's Warning, Reprimand, or Disciplinary Probation?

You should always be honest. However, exactly how you answer this question is for you to decide. But we can advise you that if you authorize the University to release your disciplinary record to that third party, the University will not provide information about your infraction to these third parties where the penalty was a Dean's Warning, Reprimand, or Disciplinary Probation (except in the limited circumstance described above).

10. If I am asked by a graduate or professional school to disclose my disciplinary history and I have been issued a Suspension (Not Served), Suspension, Withheld Degree, or Expulsion, what would the University disclose to them?