UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JOHN DOE,
Plaintiff,

-vs-

PRINCETON UNIVERSITY,
Defendant.

Civil Action No. 22-5887 (RK) (JTQ)

Hon. Robert Kirsch, U.S.D.J.
Hon. Justin T. Quinn, U.S.M.J.

# [] ORDER ON JOINT MOTION TO SEAL

The Court hereby grants the Joint Motion to Seal upon consideration of the arguments and authorities set forth therein.

The Court accordingly orders that the following exhibits to Defendant's Motion for Summary Judgment shall remain under seal: Exhibits 1-2, 6-23, 29-32, (see ECF No. 114) 34-35, and 37; and that the following exhibits to Plaintiff's Motion for Summary Judgment shall reamin under seal: Exhibits 3, 5-13, 15-17, 19, 21, 25-69. (see ECF Nos. 116, 117)

**NOW, THEREFORE**, the Court hereby **ORDERS** that the Joint Motion to Seal is hereby **GRANTED as to DEFENDANT'S EXHIBITS 1-2, 6-23, 29-32, 34-35, and 37, and as to PLAINTIFF'S EXHIBITS 3, 5-13, 15-17, 19, 21, 25-69.**

**IT IS SO ORDERED**.

_____
THE HON. JUSTIN T. QUINN, U.S.M.J.

Date: October 29, 2025

--terminates ECF No. 118