# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JOHN DOE**, <br> Plaintiff, <br><br> v. <br><br> **PRINCETON UNIVERSITY**, <br> Defendant. | Civil Action No. 22-5887 (RK) (JTQ) <br><br> Hon. Robert Kirsch, U.S.D.J. |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff John Doe, with the consent of all parties, hereby gives notice that this matter is to be voluntarily dismissed with prejudice. The parties agree that the Court shall retain jurisdiction over the enforcement of the Settlement Agreement into which the parties have entered. Each party shall bear its own costs.

DATED: January 29, 2026

Respectfully submitted,

| | |
|---|---|
| By: /s/ *Jamie Hoxie Solano* | By: /s/ *Linda Wong* |
| Jamie Hoxie Solano, Esq. <br> DYNAMIS LLP <br> 200 Connell Drive <br> Berkeley Heights, NJ 07922 <br> 973-295-5495 <br> JSolano@dynamisllp.com | Linda Wong <br> WONG FLEMING <br> 400 Alexander Park. Dr., Ste. 201 <br> Princeton, NJ 08540 <br> Tel.: (609) 951-9520 <br> Fax: (609) 951-0270 <br> lwong@wongfleming.com |

| | |
|---|---|
| Justin Dillon (*pro hac vice*) <br> Christopher C. Muha (*pro hac vice*) <br> Kimberly Blasey (*pro hac vice*) <br> DILLON PLLC <br> 1717 K Street NW, Suite 900 <br> Washington, D.C. 20006 <br> jdillon@dillonpllc.com <br> cmuha@dillonpllc.com <br> kblasey@dillonpllc.com <br><br> *Attorneys for John Doe* | Amanda Shafer Berman (*pro hac vice*) <br> Eli L. Berns-Zieve (*pro hac vice*) <br> CROWELL & MORING LLP <br> 1001 Pennsylvania Ave., NW <br> Washington, DC 20004 <br> Tel.: (202) 624-2500 <br> aberman@crowell.com <br> eberns-zieve@crowell.com <br><br> *Attorneys for The Trustees of Princeton University, a not-for-profit educational corp. of the State of New Jersey* |

## CERTIFICATE OF SERVICE

I certify that on this 29th day of January, 2026, the foregoing Notice of Dismissal with Prejudice was served upon the following counsel for Defendant Princeton University via the Court's CM/ECF system:

Linda Wong
WONG FLEMING
400 Alexander Park Dr., Ste. 201
Princeton, New Jersey 08540
Tel: (609) 951-9520
Fax: (609) 951-0270
lwong@wongfleming.com

Amanda Shafer Berman (*pro hac vice*)
Eli L. Berns-Zieve (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
Tel: (202) 624-2500
aberman@crowell.com
eberns-zieve@crowell.com

> By:  /s/ *Jamie Hoxie Solano*
> Jamie Hoxie Solano
> *Attorney for Plaintiff John Doe*