UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JOHN DOE**, <br> Plaintiff, <br><br> v. <br><br> **PRINCETON UNIVERSITY**, <br> Defendant. | Civil Action No. 22-5887 (RK) (JTQ) <br><br> Hon. Robert Kirsch, U.S.D.J. |

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff John Doe, with the consent of all parties, hereby gives notice that this matter is to be voluntarily dismissed with prejudice. The parties agree that the Court shall retain jurisdiction over the enforcement of the Settlement Agreement into which the parties have entered. Each party shall bear its own costs.

DATED: January 29, 2026

|   |   Respectfully submitted,  |
|---|---|
| By: /s/ *Jamie Hoxie Solano* | By: /s/ *Linda Wong* |
| Jamie Hoxie Solano, Esq. <br> DYNAMIS LLP <br> 200 Connell Drive <br> Berkeley Heights, NJ 07922 <br> 973-295-5495 <br> JSolano@dynamisllp.com | Linda Wong <br> WONG FLEMING <br> 400 Alexander Park. Dr., Ste. 201 <br> Princeton, NJ 08540 <br> Tel.: (609) 951-9520 <br> Fax: (609) 951-0270 <br> lwong@wongfleming.com |

Justin Dillon (*pro hac vice*)
Christopher C. Muha (*pro hac vice*)
Kimberly Blasey (*pro hac vice*)
DILLON PLLC
1717 K Street NW, Suite 900
Washington, D.C. 20006
jdillon@dillonpllc.com
cmuha@dillonpllc.com
kblasey@dillonpllc.com

*Attorneys for John Doe*

Amanda Shafer Berman (*pro hac vice*)
Eli L. Berns-Zieve (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
Tel.: (202) 624-2500
aberman@crowell.com
eberns-zieve@crowell.com

*Attorneys for The Trustees of Princeton University, a not-for-profit educational corp. of the State of New Jersey*

**SO ORDERED**

_____
**Robert Kirsch, U.S.D.J.**
**Date:** January 29, 2026